# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>LAW SOLUTIONS CHICAGO, LLC, *et al.*<br><br>and<br><br>DAVID L. COOPER,<br><br>Defendants. | No. 4:18-mc-09021-NKL |

# ORDER

Defendants Law Solutions Chicago, LLC, doing business as UpRight Law LLC, and David L. Cooper moved to withdraw the reference to the Bankruptcy Court pursuant to 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 5011(a). Doc. 1. On October 24, 2018, Chief Bankruptcy Judge Cynthia A. Norton issued the Report and Recommendation to the District Court on Defendants' Motion to Withdraw the Reference, recommending that the Court deny the Defendants' motion to withdraw the reference. Doc. 2. The time for filing objections to the report and recommendation has expired, and no objections have been filed.

The Court, having reviewed the motion to withdraw reference and the report and recommendation, and given the lack of objection by Defendants, is convinced that the recommendation of the Chief Bankruptcy Judge is correct and should be adopted. Therefore, the Court ADOPTS the report and recommendation dated October 24, 2018 (Doc. 2). For the reasons set forth in the report and recommendation, the Bankruptcy Court has jurisdiction and authority to

hear and determine the Plaintiff's complaint and to enter a final judgment on all counts. The Court therefore DENIES Defendants' motion to withdraw the reference (Doc. 1).

/s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: November 9, 2018
Jefferson City, Missouri